IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA TROUT, INC; CALIFORNIA-NEVADA CHAPTER OF THE AMERICAN FISHERIES SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY; and FRIENDS OF THE RIVER,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; and H. DALE HALL, Director, U.S. Fish and Wildlife Service,<br><br>Defendants. | No. C 07-05798 SI<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

Defendants have filed a motion to transfer venue to the Central District of California. The motion is scheduled for hearing on July 25, 2008. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing. The Court finds that the prior cases decided in this district do not involve the same legal issues as those raised by the current action, *see California Trout v. Babbitt*, No. 95-3961 SI; *California Trout v. Norton*, No. 97-3779 SI, and that the action has very little connection to this district, as compared to the substantial ties to the Central District of California. For these reasons, the Court hereby GRANTS defendants' motion to transfer venue [Docket No. 18].

**IT IS SO ORDERED.**

Dated: July 21, 2008

SUSAN ILLSTON
United States District Judge